**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Hedwig Lismont  v.  Alexander Binzel Corporation, et. al

No. 14-1846

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se    [✓] As counsel for: Please see attached list of parties
                                   Name of party

I am, or the party I represent is (select one):

[ ] Petitioner   [ ] Respondent   [ ] Amicus curiae   [ ] Cross Appellant
[ ] Appellant    [✓] Appellee     [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant    [ ] Respondent or appellee

My address and telephone are:

- Name: Douglas A. Dozeman
- Law firm: Warner Norcross & Judd LLP
- Address: 900 Fifth Third Center, 111 Lyon Street, NW
- City, State and ZIP: Grand Rapids, MI 49503
- Telephone: 616-752-2148
- Fax #: 616-222-2148
- E-mail address: ddozeman@wnj.com

Statement to be completed by counsel only (select one):

[✓] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 7/6/1993

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes   [✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

10/6/2014
Date

*Douglas A. Dozeman*
Signature of pro se or counsel
w/ authority and permission
by Amanda M. Fielder

cc: _____

Hedwig Lismont v. Alexander Binzel Corporation, et al.
United States Court of Appeals for the Federal Circuit Case No. 14-1846

List of Defendants

Alexander Binzel Corporation
Alexander Binzel Schweisstechnik GmbH & Co. KG
IBG Industrie-Beteiligungs-GmbH & Co. KG
Richard Sattler